# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, New York 10022

Joseph Serino Jr., P.C.
To Call Writer Directly:
(212) 446-4913
jserino@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

January 5, 2017

VIA ECF

Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *In re: Topical Corticosteroid Antitrust Litigation*, No. 16-mc-7000
     *In re: Clobetasol Antitrust Litigation*, No. 16-mc-7229
     *In re: Desonide Antitrust Litigation*, No. 16-mc-7987
     *In re: Fluocinonide Antitrust Litigation*, No. 16-mc-8911

Dear Judge Pauley:

  In Master Case Order No. 1, dated December 22, 2016, the Court encouraged Defendants' counsel to nominate one law firm to serve as Liaison Counsel in these consolidated actions. We write to inform Your Honor that the Defendants in the attached schedule have selected Kirkland & Ellis LLP as their Liaison Counsel.

          Respectfully submitted,

          /s/ Joseph Serino Jr.
          Joseph Serino Jr., P.C.