UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: TOPICAL CORTICOSTEROID ANTITRUST LITIGATION | Case No. 16-mc-7000 (WHP) <br><br> THIS FILING RELATES TO: <br> All Cases |
| IN RE: CLOBETASOL ANTITRUST LITIGATION | Case No. 16-mc-7229 |
| IN RE: DESONIDE ANTITRUST LITIGATION | Case No. 16-mc-7987 |
| IN RE: FLUOCINONIDE ANTITRUST LITIGATION | Case No. 16-mc-8911 |

## STIPULATION AND [~~PROPOSED~~] ORDER

WHEREAS, in Master Case Order No. 1, No. 16-mc-7000, Dec. 22, 2016, ECF No. 1 (amended on Feb. 3, 2017, No. 16-mc-7000, ECF No. 8), the Court ordered Defendants Taro Pharmaceutical Industries Ltd. and Taro Pharmaceuticals U.S.A., Inc. (together, "Taro") to produce to Plaintiffs' Interim Lead Counsel subpoenas from the Department of Justice, Antitrust Division and related communications with the Department of Justice by January 5, 2017;

WHEREAS, the Court extended Taro's production deadline under Master Case Order No. 1 to January 12, 2017, at Taro's request; and to January 26, 2017, at Plaintiffs' request in order to allow the U.S. Government to determine whether to intervene in these cases;

WHEREAS, in a letter dated January 24, 2017, Taro submitted a joint request on behalf of Taro, Plaintiffs, and the U.S. Government that the Court: (1) permit the Government to intervene in these cases under Federal Rule of Civil Procedure 24 with respect to the production of the subpoenas and related communications, and (2) extend the time for Taro to produce the subpoenas and related communications to March 31, 2017;

WHEREAS, on January 25, 2017, the Court granted by memo-endorsement the relief requested in Taro's January 24, 2017 letter, No. 16-mc-7000, ECF No. 7;

WHEREAS, at the Court's request and in order to ensure that the docket is clear as to the Court's order, Plaintiffs and Taro, with consent of the U.S. Government, submit this Stipulation and Proposed Order;

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiffs and Taro that:

1. The U.S. Government is permitted to intervene in the above-captioned matters under Federal Rule of Civil Procedure 24 with respect to the Court's order in Master Case Order No. 1 that Taro produce subpoenas and related communications.

2. The time for Taro to produce the subpoenas and related communications under Master Case Order No. 1 is extended to March 31, 2017.

Dated: February 21, 2017

**SO ORDERED:**

_____  2/22/17
**WILLIAM H. PAULEY III U.S.D.J.**

2

GIRARD GIBBS LLP

By: _____
Daniel C. Girard
Dena C. Sharp
601 California Street, Suite 1400
San Francisco, California 94108
(415) 981-4800
dcg@girardgibbs.com
chc@girardgibbs.com

*Plaintiffs' Interim Lead Counsel*

VENABLE LLP

By: _____
J. Douglas Baldridge
Lisa Jose Fales (*pro hac vice*)
Danielle R. Foley
575 7th Street, NW
Washington, D.C. 20004
Tel.:    (202) 344-4000
Fax:    (202) 344-8300
Email:  jbaldridge@venable.com
          ljfales@venable.com
          drfoley@venable.com

David N. Cinotti
1270 Avenue of the Americas, 24th Floor
New York, New York 10020
Tel.:    (212) 307-5500
Fax:    (212) 307-5598
Email:  dncinotti@venable.com

*Attorneys for Defendants*
*Taro Pharmaceutical Industries Ltd. and*
*Taro Pharmaceuticals U.S.A., Inc.*

UNITED STATES OF AMERICA

By: _____
Ellen R. Clarke
Trial Attorneys, Washington Criminal I
  Section
U.S. Department of Justice
Antitrust Division
450 5th St. NW, Suite 11300
Washington, D.C. 20530
(202) 598-2662
ellen.clarke@usdoj.gov

*Counsel for Intervenor United States*

3