**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: TOPICAL CORTICOSTEROID ANTITRUST LITIGATION | Case No. 16-mc-7000 |
| IN RE: CLOBETASOL ANTITRUST LITIGATION | Case No. 16-mc-7229 |
| IN RE: DESONIDE ANTITRUST LITIGATION | Case No. 16-mc-7987 |
| IN RE: FLUOCINONIDE ANTITRUST LITIGATION | Case No. 16-mc-8911 |

**MASTER CASE ORDER NO. 5**

WILLIAM H. PAULEY III, District Judge:

On February 10, 2017, End Payor Plaintiffs and Direct Purchaser Plaintiffs sought leave to file their consolidated amended complaints under seal and submitted proposed redactions to Chambers in accordance with this Court's Individual Practices and the parties' Stipulated Interim Protective Order.

On February 15, 2017, this Court ordered counsel to submit memoranda by February 22, 2017 explaining the reasons for any proposed redactions.

On February 22, 2017, End Payor Plaintiffs and Direct Purchaser Plaintiffs filed separate memoranda stating that the consolidated amended complaints would be filed without redactions. Direct Purchasers Plaintiffs filed their consolidated amended complaint on February 22, 2017. End Payor Plaintiffs filed their consolidated amended complaint on February 24, 2017.

Accordingly, End Payor Plaintiffs and Direct Purchasers' motions for leave to file under seal are hereby denied as moot.

Dated: March 3, 2017
New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.