# MEMO ENDORSED

Application granted.

The oral argument scheduled for March 15, 2017 is rescheduled to March 21, 2017 at 11:00 a.m.

SO ORDERED:

**Via ECF**

The Honorable William H. Pauley III
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

WILLIAM H. PAULEY III
U.S.D.J.

3/9/17

Re:     *In re: Topical Corticosteroid Antitrust Litigation*, 16-mc-7000
        *In re: Clobetasol Antitrust Litigation*, 16-mc-7229
        *In re: Desonide Antitrust Litigation*, 16-mc-7987
        *In re: Fluocinonide Antitrust Litigation*, 16-mc-8911

Dear Judge Pauley:

        This letter is written on behalf of all parties to propose a change in the schedule for oral argument on matters presently before the Court.

        The Court currently has two hearings scheduled in these actions: (1) oral argument on Defendants' motion to stay discovery on March 15, 2017 at 12:00 p.m. and (2) a pre-motion conference on Defendants' proposed motions to dismiss on March 21, 2017 at 11:00 a.m. Briefing on Defendants' motion to stay discovery will be complete by March 10, and Plaintiffs' response to Defendants' pre-motion conference letter is also due on March 10. *See* Amended Master Case Order No. 1, 16-mc-07000-WHP, ECF No. 8, ¶¶ 24-27; Master Case Order No. 4, 16-mc-07000-WHP, ECF No. 11.

        The Court will be called upon to make an initial assessment of the merits of Defendants' motions to dismiss in connection with both the motion to stay discovery and the pre-motion conference on the motions to dismiss. *See, e.g., In re Currency Conversion Antitrust Litig.,* 2002 WL 88278, at *1 (S.D.N.Y. Jan. 22, 2002) (in deciding motion to stay, this Court considered whether the motions to dismiss "appear[] to have substantial grounds"); *see also* Defendants' Motion to Stay Discovery, 16-mc-07229-WHP, ECF No. 60 at 4-8. The issues to be addressed at the March 15 hearing on Defendants' motion to stay discovery will therefore overlap in substantial part with the issues to be addressed at the March 21 pre-motion conference on Defendants' motions to dismiss.

        We respectfully suggest that the Court may wish to combine the hearing on the motion to stay and the pre-motion conference on the motions to dismiss, and hold a single hearing on March 21. Whether or not the Court chooses to adopt the foregoing suggestion, all parties are available to appear on both March 15 and March 21 and no party seeks to adjust the briefing deadlines set forth in Master Case Orders No. 1 and 4.

To: The Honorable William H. Pauley III
March 7, 2017
Page 2

     We appreciate the Court's attention to this matter.


Respectfully submitted,


GIRARD GIBBS LLP

/s/ *Daniel C. Girard*

Daniel C. Girard
601 California Street, 14th Floor
San Francisco, CA 94108
Phone: (415) 981-4800
Fax: (415) 981-4846
dcg@girardgibbs.com

*Interim Lead Counsel for End Payor
Plaintiffs in 16-mc-7000, 16-mc-7229, 16-
mc-7987, and 16-mc-8911*

ARNOLD & PORTER KAYE SCHOLER
LLP

/s/ *Saul P. Morgenstern*

Saul P. Morgenstern
Margaret A. Rogers
250 West 55th Street
New York, NY 10019
Telephone: (212) 836-8000
Facsimile: (212) 836-8689
saul.morgenstern@apks.com
margaret.rogers@apks.com

Laura S. Shores
601 Massachusetts Ave., NW
Washington, DC 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
laura.shores@apks.com

*Attorneys for Defendants Fougera
Pharmaceuticals Inc. and Sandoz Inc.*

KAPLAN FOX & KILSHEIMER LLP

/s/ *Robert N. Kaplan*

Robert N. Kaplan
Richard J. Kilsheimer
Jeffrey P. Campisi
Joshua Saltzman
850 Third Avenue, 14th Floor
New York, NY 10022
Phone: (212) 687-1980
Fax: (212) 687-7714
rkaplan@kaplanfox.com
rkilsheimer@kaplanfox.com
jcampisi@kaplanfox.com
jsaltzman@kaplanfox.com

HAGENS BERMAN SOBOL SHAPIRO LLP

Thomas M. Sobol
David S. Nalven
Lauren Guth Barnes
Kiersten Taylor
55 Cambridge Parkway, Suite 301
Cambridge, MA 0214 2
Phone: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com
davidn@hbsslaw.com
lauren@hbsslaw.com
kiersten@hbsslaw.com

VANEK, VICKERS & MASINI P.C.

Joseph M. Vanek
David P. Germaine
55 W. Monroe, Suite 3500
Chicago, Illinois 60603
Phone: (312) 224-1500
Fax: (312) 224-1510
Jvanek@vaneklaw.com

To: The Honorable William H. Pauley III
March 7, 2017
Page 3

KIRKLAND & ELLIS LLP

/s/ *Joseph Serino, Jr.*

Jay P. Lefkowitz, P.C.
Joseph Serino, Jr., P.C.
Katherine A. Rocco
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
lefkowitz@kirkland.com
joseph.serino@kirkland.com
katherine.rocco@kirkland.com

Douglas J. Kurtenbach, P.C.
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
douglas.kurtenbach@kirkland.com

*Attorneys for Defendants Akorn, Inc. and Hi-Tech Pharmacal Co., Inc.*

KELLEY DRYE & WARREN LLP

/s/ *Damon W. Suden*

Damon William Suden
William A. Escobar
101 Park Avenue
New York, NY 10178
Tel.: (212) 808-7771
Fax: (212) 808-7897
dsuden@kelleydrye.com
wescobar@kelleydrye.com

*Attorneys for Defendants Wockhardt USA LLC and Morton Grove Pharmaceuticals, Inc.*

Dgermaine@vaneklaw.com

*Attorneys for Plaintiff FWK Holdings, L.L.C.*

NUSSBAUM LAW GROUP, P.C.

/s/ *Linda P. Nussbaum*

Linda P. Nussbaum
1211 Avenue of the Americas, 40th Floor
New York, NY 10036
Phone: (917) 438-9189
lnussbaum@nussbaumpc.com

JUAN R. RIVERA FONT LLC

Juan R. Rivera Font
Ave. González Giusti #27, Suite 602
Guaynabo, PR 00968
Phone: (787) 751-5290
juan@riverafont.com

*Attorneys for Plaintiff Cesar Castillo, Inc.*

MORGAN, LEWIS & BOCKIUS LLP

/s/ *Scott A. Stempel*

Scott A. Stempel
J. Clayton Everett, Jr.
Tracey F. Milich
1111 Pennsylvania Avenue, NW
Washington, DC 20004-2541
Tel.: (202) 739-5211
Fax: (202) 739-3001
scott.stempel@morganlewis.com
clay.everett@morganlewis.com
tracey.milich@morganlewis.com

To: The Honorable William H. Pauley III
March 7, 2017
Page 4

VENABLE LLP

/s/ *J. Douglas Baldridge*

J. Douglas Baldridge
Lisa Jose Fales
Danielle R. Foley.
575 7th Street, NW
600 Massachusetts Avenue, NW
Washington, DC 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300
jbaldridge@Venable.com
ljfales@Venable.com
drfoley@Venable.com

David N. Cinotti
1270 Avenue of the Americas, 24th Floor
New York, NY 10020
Telephone: (212) 307-5500
Facsimile: (212) 307-5598
dncinotti@Venable.com

*Attorneys for Defendant Taro*
*Pharmaceuticals U.S.A., Inc.*

Andrew S. Wellin
101 Park Avenue
New York, NY 10178
Telephone: (212) 309-6154
Fax: (212) 309-6001
andrew.wellin@morganlewis.com

*Attorneys for Defendant Perrigo New York,*
*Inc.*

GOODWIN PROCTER LLP

/s/ *Christopher T. Holding*

Christopher T. Holding
100 Northern Avenue
Boston, MA 02210
Tel.: (617) 570-1679
Fax: (617) 523-1231
cholding@goodwinlaw.com

*Attorneys for Defendants Actavis Holdco U.S.,*
*Inc. and Teva Pharmaceuticals USA, Inc.*

## ATTESTATION STATEMENT

I, Daniel C. Girard, am the ECF User whose identification and password are being used

to file this letter and pursuant to Southern District of New York's ECF Rules & Instructions

8.5(b). I attest under penalty of perjury that concurrence in this filing has been obtained from

counsel.

/s/ Daniel C. Girard